**No. 11-6792. Edgar Cruz, Petitioner v. United States.**

565 U.S. 1020, 132 S. Ct. 567, 181 L. Ed. 2d 409, 2011 U.S. LEXIS 7945.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 432 Fed. Appx. 354.

**No. 11-6793. Isaac Marion, Sr., Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 567, 181 L. Ed. 2d 409, 2011 U.S. LEXIS 7980.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 418 Fed. Appx. 847.

**No. 11-6797. Wilbert Bubba Smith, Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 567, 181 L. Ed. 2d 409, 2011 U.S. LEXIS 8046.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6802. Bruno Joseph Mancari, Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 567, 181 L. Ed. 2d 409, 2011 U.S. LEXIS 7936.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-6810. Martay Love, Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 568, 181 L. Ed. 2d 409, 2011 U.S. LEXIS 8060.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6816. Adrian Perez-Sanchez, Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 568, 181 L. Ed. 2d 409, 2011 U.S. LEXIS 7939.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 247.

**No. 11-6817. Roque Medina-Ortiz, Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 568, 181 L. Ed. 2d 409, 2011 U.S. LEXIS 8023.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6818. Lavell Bone, Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 568, 181 L. Ed. 2d 409, 2011 U.S. LEXIS 8012.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 433 Fed. Appx. 831.

**No. 11-6821. Michael Doughty Williams, Petitioner v. United States.**

565 U.S. 1021, 132 S. Ct. 568, 181 L. Ed. 2d 409, 2011 U.S. LEXIS 8056.

November 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 254.